EYAK NATIVE VILLAGE; Chanega Native Village; Nanwalek Native Village; Port Graham Native Village; Tatitlek Native Village, Plaintiffs–Appellants,

v.

William M. DALEY; Donald Evans, Defendants–Appellees.

No. 02–36155.

United States Court of Appeals, Ninth Circuit.

Filed April 7, 2004.

James J. Davis, Jr., Goriune Dudukgian, Heather R. Kendall–Miller, Alaska Legal Services Corporation, Heather Kendall–Miller, Natalie Landreth, Anchorage, AK, for Plaintiff–Appellant.

David C. Shilton, U.S. Department of Justice, Washington, DC, Bruce M. Landon, Asst. U.S. Atty., DOJ–U.S. Department of Justice, Anchorage, AK, for Defendant–Appellee.

Before SCHROEDER, Chief Judge.

### ORDER

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be heard by the en banc court pursuant to Circuit Rule 35–3.